Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | | |
|---|---|---|
| In re: § | Case No. 2:13-BK-00306-SSC | |
| § | | |
| JESSE VALENCIA NEGRETE § | | |
| § | | |
| § | | |
| Debtor § | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/09/2013. The undersigned trustee was appointed on 01/09/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                             $4,537.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $42.74 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |

   Leaving a balance on hand of[1]                                                             $4,494.26

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/02/2013 and the deadline for filing government claims was 05/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,134.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,134.25, for a total compensation of $1,134.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $58.72, for total expenses of $58.72.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2013    By:  /s/ Roger W. Brown
                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 13-00306-PHX SSC | Trustee Name: | Roger W. Brown |
|---|---|---|---|
| Case Name: | NEGRETE, JESSE VALENCIA | Date Filed (f) or Converted (c): | 01/09/2013 (f) |
| For the Period Ending: | 11/27/2013 | §341(a) Meeting Date: | 02/12/2013 |
| | | Claims Bar Date: | 08/02/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Student Loan\Financial Aid Account Cititbank Debit/Visa Card #3134 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Security Deposit (Aracdia Del Sol) | $500.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Couch, Table 2 ChairS, Bed | $160.00 | $0.00 | | $0.00 | FA |
| 4 | Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Term Life Insurance Policy through work Genuine Parts Company | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 401K Genuine Parts Company | $321.20 | $321.20 | | $0.00 | FA |
| 7 | 100% Ownership interest in Bird City Customs (The sole proprietorship owns no assets and has no liabilities) | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 1972 Chevy Pick Up unknown mileage only a shell in poor condition | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 1979 Chevy KS Blazer Mileage: Unknown Condition: Inoperable\poor condition - only a body and 2 doors | $325.00 | $325.00 | | $0.00 | FA |
| 10 | 1965 Chevy Impala Mileage: Unknown Condition: Inoperable\poor condition - only a frame/half a shell | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | 2012 INCOME TAX REFUNDS (u) | $0.00 | $4,537.00 | | $4,537.00 | FA |

**TOTALS (Excluding unknown value)**

| | $3,306.20 | $5,183.20 | | $4,537.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** 12/31/2014    **Current Projected Date Of Final Report (TFR):** 12/31/2014    /s/ ROGER W. BROWN
ROGER W. BROWN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 13-00306-PHX SSC | **Trustee Name:** | Roger W. Brown |
| **Case Name:** NEGRETE, JESSE VALENCIA | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** **-***0391 | **Checking Acct #:** | ******0306 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 1/9/2013 | **Blanket bond (per case limit):** | $85,026,813.00 |
| **For Period Ending:** 11/27/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2013 | (11) | UNITED STATES TREASURY | | 1224-000 | $4,354.00 | | $4,354.00 |
| 05/01/2013 | (11) | STATE OF ARIZONA | | 1224-000 | $183.00 | | $4,537.00 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.81 | $4,530.19 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,523.12 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.29 | $4,515.83 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.28 | $4,508.55 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.03 | $4,501.52 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.26 | $4,494.26 |
| | | | **TOTALS:** | | $4,537.00 | $42.74 | $4,494.26 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,537.00 | $42.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,537.00 | $42.74 | |

**For the period of 1/9/2013 to 11/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,537.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,537.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/01/2013 to 11/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,537.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,537.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 13-00306-PHX SSC | | **Trustee Name:** | Roger W. Brown | |
| **Case Name:** | NEGRETE, JESSE VALENCIA | | **Bank Name:** | Integrity Bank | |
| **Primary Taxpayer ID #:** | **-***0391 | | **Checking Acct #:** | ******0306 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 1/9/2013 | | **Blanket bond (per case limit):** | $85,026,813.00 | |
| **For Period Ending:** | 11/27/2013 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,537.00 | $42.74 | $4,494.26 |

**For the period of 1/9/2013 to 11/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,537.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,537.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/09/2013 to 11/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,537.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,537.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 13-00306-PHX SSC | | | Trustee Name: | Roger W. Brown |
|---|---|---|---|---|---|
| Case Name: | NEGRETE, JESSE VALENCIA | | | Date: | 11/27/2013 |
| Claims Bar Date: | 08/02/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | ROGER W. BROWN  P.O. Box 32967  Phoenix AZ 85064 | 11/27/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,134.25 | $1,134.25 | $0.00 | $0.00 | $0.00 | $1,134.25 |
| 1 | ATLAS ACQUISITIONS, LLC  294 UNION STREET  HACKENSACK NJ 07601 | 05/05/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,962.91 | $12,962.91 | $0.00 | $0.00 | $0.00 | $12,962.91 |
| 2 | CAPITAL ONE BANK (USA) N.A.  P.O. BOX 71083  CHARLOTTE NC 28272-1083 | 05/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $585.56 | $585.56 | $0.00 | $0.00 | $0.00 | $585.56 |
| 3 | NELNET  US DEPARTMENT OF EDUCATION  3015 SOUTH PARKER ROAD, SUITE 400  AURORA CO 80014 | 06/06/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,883.78 | $21,883.78 | $0.00 | $0.00 | $0.00 | $21,883.78 |
| 4 | FIA CARD SERVICES, N.A.  P.O. BOX 982284  EL PASO TX 79998-2284 | 06/11/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,020.76 | $6,020.76 | $0.00 | $0.00 | $0.00 | $6,020.76 |
| 5 | DESERT SCHOOLS  P.O. BOX 2945  PHOENIX AZ 85062 | 06/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14.24 | $14.24 | $0.00 | $0.00 | $0.00 | $14.24 |
| 6 | DESERT SCHOOLS  P.O. BOX 2945  PHOENIX AZ 85062 | 06/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $69.37 | $69.37 | $0.00 | $0.00 | $0.00 | $69.37 |
| 7 | DESERT SCHOOLS  P.O. BOX 2945  PHOENIX AZ 85062 | 06/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $36.23 | $36.23 | $0.00 | $0.00 | $0.00 | $36.23 |

| Case No. | 13-00306-PHX SSC | | | Trustee Name: | Roger W. Brown |
|---|---|---|---|---|---|
| Case Name: | NEGRETE, JESSE VALENCIA | | | Date: | 11/27/2013 |
| Claims Bar Date: | 08/02/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | DESERT SCHOOLS P.O. BOX 2945 PHOENIX AZ 85062 | 06/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,509.44 | $11,509.44 | $0.00 | $0.00 | $0.00 | $11,509.44 |
| 9 | ECAST SETTLEMENT CORP. BASS & ASSOCIATES, P.C. 3936 EAST FT. LOWELL ROAD, SUITE 200 TUCSON AZ 85712 | 07/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,710.60 | $9,710.60 | $0.00 | $0.00 | $0.00 | $9,710.60 |
| 10 | QUANTUM 3 GROUP, LLC WORLDWIDE ASSET PURCHASING II, LLC P.O. BOX 788 KIRKLAND WA 98083-0788 | 07/29/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,263.00 | $5,263.00 | $0.00 | $0.00 | $0.00 | $5,263.00 |
| 10001 | ROGER W. BROWN P.O. Box 32967 Phoenix AZ 85064 | 11/27/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $58.72 | $58.72 | $0.00 | $0.00 | $0.00 | $58.72 |
| | | | | | | | $69,248.86 | $69,248.86 | $0.00 | $0.00 | $0.00 | $69,248.86 |

| | |
|---|---|
| **Case No.** | 13-00306-PHX SSC |
| **Case Name:** | NEGRETE, JESSE VALENCIA |
| **Claims Bar Date:** | 08/02/2013 |

| | |
|---|---|
| **Trustee Name:** | Roger W. Brown |
| **Date:** | 11/27/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $68,055.89 | $68,055.89 | $0.00 | $0.00 | $0.00 | $68,055.89 |
| Trustee Compensation | $1,134.25 | $1,134.25 | $0.00 | $0.00 | $0.00 | $1,134.25 |
| Trustee Expenses | $58.72 | $58.72 | $0.00 | $0.00 | $0.00 | $58.72 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:13-BK-00306-SSC
Case Name: JESSE VALENCIA NEGRETE
Trustee Name: Roger W. Brown

| | |
|---|---:|
| Balance on hand: | $4,494.26 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,494.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Roger W. Brown, Trustee Fees | $1,134.25 | $0.00 | $1,134.25 |
| Roger W. Brown, Trustee Expenses | $58.72 | $0.00 | $58.72 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,192.97 |
| Remaining balance: | $3,301.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,301.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,301.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,055.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS, LLC | $12,962.91 | $0.00 | $628.80 |
| 2 | CAPITAL ONE BANK (USA) N.A. | $585.56 | $0.00 | $28.40 |
| 3 | NELNET | $21,883.78 | $0.00 | $1,061.55 |
| 4 | FIA CARD SERVICES, N.A. | $6,020.76 | $0.00 | $292.06 |
| 5 | DESERT SCHOOLS | $14.24 | $0.00 | $0.69 |
| 6 | DESERT SCHOOLS | $69.37 | $0.00 | $3.37 |
| 7 | DESERT SCHOOLS | $36.23 | $0.00 | $1.76 |
| 8 | DESERT SCHOOLS | $11,509.44 | $0.00 | $558.31 |
| 9 | ECAST SETTLEMENT CORP. | $9,710.60 | $0.00 | $471.05 |
| 10 | QUANTUM 3 GROUP, LLC | $5,263.00 | $0.00 | $255.30 |

Total to be paid to timely general unsecured claims: $3,301.29
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| JESSE VALENCIA NEGRETE | ) | CASE NO. 2:13-bk-00306-SSC |
| | ) | |
| | ) | TRUSTEE'S APPLICATION FOR |
| Debtor(s) | ) | COMPENSATION AND |
| _____ | ) | REIMBURSEMENT OF EXPENSES |

      The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1.   Introduction. The petition commencing this case was filed on 01/09/2013, the undersigned was appointed Trustee on 01/09/2013, and the 11 U.S.C. §341(a) meeting was completed on 02/12/2013.

2.   Disposition of Assets. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached hereto as Form 1 (Individual Estate Property Record).

3.   Receipts and Disbursements. An itemized statement of the Trustee's receipts and disbursements showing total receipts of $4,537.00, disbursements of $42.74, and balance of funds on hand of $4,494.26, is attached hereto as Form 2 (Estate Case Receipts and Disbursements Record).

4.   Trustee's Fees and Expenses. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case the amount of $1,134.25. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is $1,134.25.

| | | | |
|---|---|---|---|
| Receipts | $4,537.00 | 25% of first 5,000 | $1,134.25 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $0.00 | 10% of next 45,000 | $0.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

I have received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $1,134.25 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---:|
| Trustee Bond (1.00 @ $4.000 ) | $4.00 |
| Copies (125.00 @ $0.250 ) | $31.25 |
| Postage (20.00 @ $0.460 ) | $9.20 |
| Travel (25.25 @ $0.565 ) | $14.27 |
| Total Expenses | $58.72 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $58.72 as my final reimbursement.

5. The Trustee requests ratification and approval of such additional administrative expense(s) as may be set forth below:

Bank & Technology Fees assessed by Integrity Bank/TrusteSolutions in the total amount of $42.74.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: November 27, 2013   /s/ Roger W. Brown
                          Roger W. Brown, Trustee